POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| D. SCOTT CHANG 146403<br>LAW OFFICE OF RELMAN & DANE PLLC<br>1225 19TH STREET NW SUITE 600 WASHIGTON DC | |
| TELEPHONE NO.: 202-728-1888   FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: VAOVASA | |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: California
BRANCH NAME:

PLAINTIFF/PETITIONER: VAOVASA

DEFENDANT/RESPONDENT: SFO GOOD-NITE INN, LLC

| PROOF OF SERVICE OF SUMMONS | CASE NUMBER: CV081171 |
|---|---|
| | Ref. No. or file No.: VAOVASA VS. SFO |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   **SEE ATTACHMENT**

3. a. Party served *(specify name of party as shown on documents served)*:
      SFO GOOD-NITE INN, LLC, A CALIFORNIA A LIMITED LIABILITY COMPANY

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **Bang Ja Kim / Authorized Agent An Asian male approx. 45-55 years of age 5'4"-5'6" in height weighing 140-160 lbs with gray hair and glasses**

4. Address where the party was served: 127 FREMONT PL LOS ANGELES, CA 90005

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **Mar 12 2008**   (2) at *(time)*: **6:47:00 PM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Order No. 5300413

| PLAINTIFF/PETITIONER: **VAOVASA** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDANT: **SFO GOOD-NITE INN, LLC** | **CV081171** |

    c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on *(date):*         (2) from *(city):*

        (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

    d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify):* **SFO GOOD-NITE INN, LLC, A CALIFORNIA A LIMITED LIABILITY COMPANY**
        under the following Code of Civil Procedure section:
        ☒ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
                                            ☐ other:

7. **Person who served papers**
    a. Name:      **J. Rivera**
    b. Address:      **261 S. Figueroa Street, SUITE 280, LOS ANGELES, CA 90012**
    c. Telephone number:      **213-621-9999**
    d. The fee for service was:      **$ 80.00**
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:
            (i) ☐ owner      ☐ employee      ☒ independent contractor.
            (ii) Registration No.:      **4690**
            (iii) County:      **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9. ☐ **I am a California sheriff or marshal and I** certify that the foregoing is true and correct.

Date: **Mar 17 2008**

    J. Rivera          ▶      *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2
Order No. 5300413