1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
SIAUPIA VAOVASA et al.
9                                              No. C 08-1171-EMC
10          Plaintiff(s),                      **CONSENT TO PROCEED BEFORE A**
                                               **UNITED STATES MAGISTRATE JUDGE**
11       v.
SFO GOOD-NITE INN, LLC
12
13          Defendant(s).
                                         /
14
15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21   Dated: April 1, 2008                      _____
                                               Signature
22
                                               Counsel for  Plaintiffs
23                                             (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28