David M. King, Esq. (Bar No. 95279)
  dking@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
  jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California  94011-0513
Telephone:     (650) 342-9600
Facsimile:     (650) 342-7685

Attorneys for Defendant
SFO GOOD-NITE INN LLC, a California Limited Liability Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIAUPIA VAOVASA; ELISAPETA VAOVASA; AND LEALOFI PENITITO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>SFO GOOD-NITE INN LLC, a California Limited Liability Company,<br><br>                    Defendant. | No. CIV 08-1171 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

          The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  April 1, 2008

                    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                    Professional Law Corporation

                    By: _____
                              David M. King/Jeremy A. Burns
                              Attorneys for Defendant
                              SFO GOOD-NITE INN LLC, a California Limited
                              Liability Company