1  David M. King, Esq. (Bar No. 95279)
      dking@carr-mcclellan.com
2  Jeremy A. Burns, Esq. (Bar No. 239917)
      jburns@carr-mcclellan.com
3  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
4  216 Park Road
   P.O. Box 513
5  Burlingame, California  94011-0513
   Telephone:    (650) 342-9600
6  Facsimile:    (650) 342-7685

7  Attorneys for Defendant
   SFO GOOD-NITE INN LLC, a California Limited Liability Company
8

                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                          **SAN FRANCISCO DIVISION**
11

| SIAUPIA VAOVASA; ELISAPETA VAOVASA; AND LEALOFI PENITITO, individually and on behalf of all others similarly situated, | No. CIV 08-1171 EMC |
|---|---|
|  | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Plaintiffs, |  |
| vs. |  |
| SFO GOOD-NITE INN LLC, a California Limited Liability Company, |  |
| Defendant. |  |

////

////

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, firms partnerships, corporations (including parent corporations) or entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have an on-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Bang Ja Kim, owner of SFO Good-Nite Inn LLC
- Wilshire State Bank, holder of the SFO Good-Nite Inn's mortgage

Dated: April 1, 2008

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
David M. King/Jeremy A. Burns
Attorneys for Defendant
SFO GOOD-NITE INN LLC, a California Limited Liability Company