1  David M. King, Esq. (Bar No. 95279)
   dking@carr-mcclellan.com
2  Jeremy A. Burns, Esq. (Bar No. 239917)
   jburns@carr-mcclellan.com
3  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
4  216 Park Road
   P.O. Box 513
5  Burlingame, California 94011-0513
   Telephone:  (650) 342-9600
6  Facsimile:  (650) 342-7685

7  Attorneys for Defendant
   SFO GOOD-NITE INN LLC, a California Limited Liability Company
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

| | |
|---|---|
| SIAUPIA VAOVASA; ELISAPETA VAOVASA; AND LEALOFI PENITITO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SFO GOOD-NITE INN LLC, a California Limited Liability Company,<br><br>Defendant. | No. CIV 08-1171 EMC<br><br>**NOTICE OF APPEARANCE** |

    David M. King and Jeremy A. Burns of Carr, McClellan, Ingersoll, Thompson & Horn, represent defendant SFO Good-Nite Inn LLC. Mr. King is lead counsel.

Dated: April 2, 2008

                    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                    Professional Law Corporation

                    By: _____
                            David M. King/Jeremy A. Burns
                            Attorneys for Defendant
                    SFO GOOD-NITE INN LLC, a California Limited
                            Liability Company