UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAUPIA VAOVASA, ELISAPETA VAOVASA, AND LEALOFI PENITITO individually and on behalf of all others similarly situated<br><br>    Plaintiffs,<br><br>v.<br><br>SFO GOOD-NITE INN, LLC<br>    Defendant.<br>_____/ | Case No. CIV 08-1171 SBA<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  **(1)** Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/14/08          *Lealofi Penitito /sg*
                 [Party]

Dated: 5/14/08          *Siaupia Vaovasa /sg*
                 [Party]

Dated: 5/14/08          *Elisapeta Vaovasa /sg*
                 [Party]

Dated: 5/14/08          *[signature]*
                 [Counsel]

# CERTIFICATE OF SERVICE
## NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on May 14, 2008, a copy of the foregoing Plaintiffs' ADR Certification was electronically filed and by operation of the Court's ECF system was served upon the following by electronic mail:

**David M. King**
**Jeremy A. Burns**
CARR, McCLLELAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
PO Box 513
Burlingame, California 94011-0513
Tel: (650) 342-9600
Fax: (650) 342-7685
Email: dking@carr-mcclellan.com
Email: jburns@carr-mcclellan.com

                                                __/s/ Nayna Gupta___
                                                  Nayna Gupta