## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CASE NO.

Plaintiff(s),

v.                                    NOTICE OF NEED FOR ADR PHONE
                                      CONFERENCE

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐      have not yet reached an agreement to an ADR process
☐      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _____

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
|      |                    |           |                |
|      |                    |           |                |
|      |                    |           |                |
|      |                    |           |                |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____                        _____
                                           Attorney for Plaintiff

Dated:_____                        _____
                                           Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

**CERTIFICATE OF SERVICE**
**NORTHERN DISTRICT OF CALIFORNIA**

I hereby certify that on May 14, 2008, a copy of the foregoing Notice of Need for ADR

Telephone Conference was electronically filed and by operation of the Court's ECF system was served

upon the following by electronic mail:


**David M. King**
**Jeremy A. Burns**
CARR, McCLLELAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
PO Box 513
Burlingame, California 94011-0513
Tel: (650) 342-9600
Fax: (650) 342-7685
Email: dking@carr-mcclellan.com
Email: jburns@carr-mcclellan.com


    __/s/ Nayna Gupta___
        Nayna Gupta