# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SIAUPIA VAOVASA, et al.

        Plaintiff(s),

v.

SFO GOOD-NITE INN LLC

        Defendant(s).

Case No. CIV-08-1171 SBA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May __, 2008

Dated: May 9, 2008

Bang Ja Kim
[Party]

Jeremy A. Burns
[Counsel]

## CERTIFICATION OF SERVICE

## NORTHERN DISTRICT OF CALIFORNIA

I hereby certifiy that on May 14, 2008, a copy of the foregoing Defendant's ADR Certification by Parties and Counsel was electronically filed and by operation of the Court's ECF system upon the following by electronic mail:

D. Scott Chang
Shalini Goel, Esq.
Relman & Dane PLLC
1225 – 19th Street, Suite 600
Washington, CA  20036
schang@relmanlaw.com
sgoel@relmanlaw.com



Lori J. Stumpf