# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 6/4/08

C-08-01171 SBA           **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title:** VAOVASA ET AL vs. SFO GOOD-NITE INN, LLC
**Atty.:** SHALINI GOEL          DAVID KING

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:** N/R

**PROCEEDINGS**
Plt   DFT
( )  ( ) **1. TELEPHONE CMC - HELD**
( )  ( ) **2.**
( )  ( ) **3.**
( )  ( ) **4.**
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
            ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

### RESULT OF CASE MANAGEMENT CONFERENCE

Case Continued to _____ for a Telephone Case Management Conference at ___ p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off **12/5/08**   Expert Discovery Cut-off **12/5/08**
Plft to name Experts by **10/24/08**   Deft to name Experts by **10/24/08**
All Dispositive Motions to be heard by ( Motion Cut-off) **1/20/09**
Case Continued to **3/3/09** for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due **2/10/09**   Motions in limine/objections to evidence due **2/17/09** Responses to motions in limine and/or responses to objections to evidence due **2/24/09**
Case Continued to **3/9/09** for Trial(Court/**Jury:** **5** Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE **TO BE ASSIGNED** FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 1/21-2/6/09 BEFORE A MAGISTRATE JUDGE; CASE REFERRED TO COURT MEDIATION TO BE HELD IN 120 DAYS
cc: WINGS HOM AND ADR VIA FAX