# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Vaovasa,<br><br>          Plaintiff(s),<br><br>     v.<br><br>SFO Good-Nite Inn, LLC,<br><br>          Defendant(s). | 08-01171 SBA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Kristen W. Maloney**
Law Offices of Kristen W. Maloney
14 Sunrise Hill Road
Orinda, CA 94563
925-254-6786
kwmalo@pacbell.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01171 SBA MED                    - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: July 2, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-01171 SBA MED                  - 2 -