D. SCOTT CHANG # 146403
REED N. COLFAX*
SHALINI GOEL # 254540
JOHN P. RELMAN*
RELMAN & DANE PLLC
1225 Nineteenth St., N.W.
Suite 600
Washington D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com
* *Pro Hac Vice* Applications to Be Filed

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAUPIA VAOVASA; ELISAPETA VAOVASA; and LEALOFI PENITITO; individually and on behalf of all others similarly situated**,**<br><br>                    Plaintiffs,<br>–– *v.*––<br><br>SFO GOOD NITE INN, LLC, a California limited liability company,<br><br>                    Defendant. | Case No. C-08-1171-SBA<br><br>MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR SHALINI GOEL |

I, D. Scott Chang, of Relman & Dane, PLLC, hereby request leave of this Court to withdraw Shalini Goel as counsel for Plaintiff in the above-captioned case. Effective August 29, 2008, Shalini Goel will no longer be employed by Relman & Dane, PLLC. D. Scott Chang, Reed Colfax, and John Relman of Relman & Dane, PLLC, will remain counsel of record for Plaintiff.

Dated: August 29, 2008

                                  Respectfully submitted,

/s/ D. Scott Chang
D. SCOTT CHANG # 146403
REED N. COLFAX*
SHALINI GOEL # 254540
JOHN P. RELMAN*
RELMAN & DANE PLLC
1225 Nineteenth St., N.W.
Suite 600
Washington D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
sgoel@relmanlaw.com

* Pro Hac Vice Applications to Be Filed
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**
**NORTHERN DISTRICT OF CALIFORNIA**

I hereby certify that a true and correct copy of the foregoing Motion for Leave to Withdraw as Attorney was filed and served this 29th day of August, 2008, using the CM/ECF system, which will serve as notification of such filing on the following:

David M. King
Jeremy A. Burns
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
PO Box 513
Burlingame, California 94011-0513
Tel: (650) 342-9600
Fax: (650) 342-7685
Email: dking@carr-mcclellan.com
Email: jburns@carr-mcclellan.com

          ___/s/ Nani Gilkerson___
             Nani Gilkerson