D. SCOTT CHANG # 146403
REED N. COLFAX*
SHALINI GOEL # 254540
JOHN P. RELMAN*
RELMAN & DANE PLLC
1225 Nineteenth St., N.W.
Suite 600
Washington D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com
* *Pro Hac Vice* Applications to Be Filed

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAUPIA VAOVASA; ELISAPETA VAOVASA; and LEALOFI PENITITO; individually and on behalf of all others similarly situated**,** <br><br>                     Plaintiffs, <br>–– *v.*–– <br><br> SFO GOOD NITE INN, LLC, a California limited liability company, <br><br>                     Defendant. | Case No. C-08-1171-SBA <br><br> [PROPOSED] ORDER |

Upon consideration of counsel Shalini Goel's Motion for Leave to Withdraw as Attorney, it is this _____ day of _____, 2008 hereby

ORDERED that Shalini Goel be withdrawn as attorney for Plaintiffs in the above captioned case.

IT IS SO ORDERED.

_____
Hon. Sandra Armstrong
U.S. District Judge