D. Scott Chang # 146403
Reed N. Colfax, Pro Hac Vice
John P. Relman, Pro Hac Vice
RELMAN & DANE, PLLC
1225 19th Street, NW
Suite 600
Washington DC 20036-2456
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

Attorney for Plaintiffs

* Application for admission *pro hac vice* pending

David M. King #95279
Jeremy A. Burns #239917
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
216 Park Road
P.O. Box 513
Burlingame CA 94011-0513
Telephone: (650) 642-9600
Facsimile: (650) 342-7685
dking@carr-mcclellan.com
jburns@carr-mcclellan.com

Attorneys for Defendant
SFO Good-Nite Inn LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAUPIU VAOVASA, et al., <br><br> Plaintiff, <br><br> vs. <br><br> SFO GOOD NITE INN, LLC, <br><br> Defendant. | Case No. C-08-1171 SBA <br><br> JOINT APPLICATION AND STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER |

Pursuant to ADR Rule 6-5 and Civil Local Rules 6-2, 7-1 and 7-12, the parties to this action, by and through their respective counsel, hereby jointly apply for and stipulate to extend the mediation deadline for an additional 60 days or until December 2, 2008. The mediation deadline is presently scheduled for October 3, 2008.

1    There is good cause to grant the parties' applications because Plaintiffs have
2 not yet filed their motion for class certification and the parties do not believe that
3 mediation will be productive until the motion for class certification is ruled upon by
4 the Court.  The parties have not previously requested an extension on the mediation
5 deadline.  The extension will not have an effect on other deadlines in the case
6 management order.  The fact and expert discovery cut-off are December 5, 2008.  Trial
7 is scheduled to commence on March 9, 2009.

8                                       Respectfully submitted,

9                                       RELMAN & DANE PLLC

10 Dated: September 29, 2008.

11

12                                       _____/s/_____
                                        D. Scott Chang
                                        Attorneys for Plaintiffs
13
                                        CARR, McCLELLAN, INGERSOLL
14                                      THOMPSON & HORN

15 Dated: September 29, 2008

16

17                                       _____/s/_____
                                        David M. King
                                        Jeremy M. Burns
18                                      Attorney for Defendant
                                        SFO Good Nite Inn
19

20                                  ORDER

21    Pursuant to stipulation, and good cause appearing therefor, it is hereby ordered
22 that the deadline for completing mediation is extended from October 3, 2008 , until
23 December 5, 2008.

24 Dated: 9/30/08

25                                       _____
                                        Saundra Brown Armstrong
26                                      United States District Judge

27

28