1   Reed N. Colfax, Pro Hac Vice
    D. Scott Chang # 146403
2   John P. Relman, Pro Hac Vice
    RELMAN & DANE, PLLC
3   1225 19th Street, NW
    Suite 600
4   Washington DC 20036-2456
    Telephone: (202) 728-1888
5   Facsimile: (202) 728-0848
    rcolfax @relmanlaw.com
6   schang@relmanlaw.com

7   Attorney for Plaintiffs

8   David M. King #95279
    Jeremy A. Burns #239917
9   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    216 Park Road
10  P.O. Box 513
    Burlingame CA 94011-0513
11  Telephone: (650) 642-9600
    Facsimile: (650) 342-7685
12  dking@carr-mcclellan.com
    jburns@carr-mcclellan.com
13
    Attorneys for Defendant
14  SFO Good-Nite Inn LLC

15

UNITED STATES DISTRICT COURT
16                              NORTHERN DISTRICT OF CALIFORNIA

17  _____

                                                )   Case No. C-08-1171 SBA
18  SIAUPIU VAOVASA, et al.,                    )
                                                )   STIPULATED REQUEST TO
19                          Plaintiff,          )   EXTEND EXPERT DISCLOSURE
          vs.                                   )   DEADLINE; ORDER
20                                              )
    SFO GOOD NITE INN, LLC,                     )
21                                              )
                            Defendant.          )
22                                              )
                                                )
23  _____              )

24        Pursuant to Civil Local Rules 6-2, 7-1, and 7-12, the parties to this action, by

25  and through their respective counsel of record, hereby jointly request and stipulate to

26  extend the deadline to disclose experts for an additional 30 days, or until November

27  24, 2008.  The deadline to disclose experts is currently October 24, 2008.  Plaintiffs

28  requested that Defendant extend the expert disclosure deadline and Defendant did not

1   oppose the extension.

2   There is good cause to grant the parties' request because the parties are
3   currently meeting and conferring about documents responsive to Plaintiffs' discovery
4   requests.  As a result, certain documents that are the subject of the meet and confer
5   process have not been disclosed to Plaintiffs.  Plaintiffs require these documents in
6   order to determine whether they need to name an expert or what type of expertise may
7   be necessary.

8   The parties have not previously requested an extension of the deadline to
9   disclose experts.  The extension will not have an effect on other deadlines in the case
10  management order.  The date for completion of both fact and expert discovery is
11  December 5, 2008.  Trial is scheduled to commence on March 9, 2009.

12                                          Respectfully submitted,

13                                          RELMAN & DANE PLLC

14  Dated: October 21, 2008.

15

16                                          _____/s/_____
                                            D. Scott Chang
                                            Attorneys for Plaintiffs
17
                                            CARR, McCLELLAN, INGERSOLL
18                                          THOMPSON & HORN

19  Dated: October 21, 2008

20

21                                          _____/s/_____
                                            David M. King
                                            Jeremy M. Burns
22                                          Attorney for Defendant
                                            SFO Good Nite Inn

23

24

25

26

27

28

## ORDER

Pursuant to stipulation, and good cause appearing therefor, it is hereby ordered that the deadline for disclosing experts is extended until November 24, 2008.

Dated: 10/27/08

_____*Saundra B Armstrong*_____
Saundra Brown Armstrong
United States District Judge