**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SIAUPIA VAOVASA; ELISAPETA VAOVASA; and LEALOFI PENITITO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SFO GOOD-NITE INN LLC,<br><br>Defendant. | No. C 08-1171 SBA<br><br>**ORDER**<br><br>[Docket No. 45] |

The Court DENIES without prejudice Defendant's Administrative Motion to File Documents Under Seal (the "Motion") [Docket No. 45], because movant has failed to advance any legal argument that the Court has the authority, under the "compelling reasons" standard to seal any of the documents proposed for sealing. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (" 'compelling reasons' must be shown to seal judicial records attached to a dispositive motion"). Defendant also fails to establish why redaction alone is insufficient to protect confidential business information. See Local Rule 79-5(c).

Pursuant to Local Rule 79-5(e), the Clerk of the Court is directed to notify the submitting party to retrieve the documents; in the alternative, the submitting party may request the Clerk to return them by United States mail.

IT IS SO ORDERED.

December 11, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge