D. SCOTT CHANG # 146403
REED N. COLFAX, *Pro Hac Vice*
JOHN P. RELMAN, *Pro Hac Vice*
RELMAN & DANE PLLC
1225 Nineteenth St., N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com
*Attorneys for Plaintiffs*

DAVID M. KING # 95279
JEREMY A. BURNS # 239917
CARR, McCLELLAN, INGERSOLL, THOMSPON, & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, CA  94011-0513
Telephone:  (650) 342-9600
Facsimile:  (650) 342-7685
dking@carr-mcclellan.com
jburns@carr-mcclellan.com
*Attorneys for Defendant SFO Good-Nite Inn LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**Oakland Division**

| | |
|---|---|
| SIAUPIA VAOVASA; ELISAPETA VAOVASA; and LEALOFI PENITITO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SFO GOOD-NITE INN, LLC, a California limited liability company;<br><br>　　　　　Defendant. | Case No. C 08-1171-SBA<br><br>STIPULATION TO EXTEND DEADLINE TO REOPEN CASE BEFORE DISMISSAL BECOMES FINAL; ORDER<br><br>Judge Saundra B. Armstrong |

1    The parties to this action, by and through their respective counsel of record, hereby
2 jointly apply for and stipulate to an extension of twelve (12) days, up to and including February
3 27, 2009, for the parties to move to reopen the case before dismissal becomes final.
4    There is good cause to grant the parties' joint application and stipulation. On December
5 15, 2009, the Court issued an order conditionally dismissing the case. The Court's order stated
6 that the case was dismissed with prejudice except that either party could move to reopen the case
7 if settlement is not reached provided a motion is filed within 60 days of the Order. The parties
8 are in the process of obtaining the final signatures on the settlement agreement and release. The
9 settlement agreement and release requires the signatures of more than 20 persons, including
10 many persons located outside the continental United States. The parties therefore apply for and
11 stipulate to a brief extension of time of the deadline to move to reopen the case before the
12 dismissal becomes final to allow the parties to obtain the remaining signatures.
13 //
14 //
15 //

Dated: February 13, 2009

                                      Respectfully submitted,

                                      __/s/ D. SCOTT CHANG_____
                                      D. SCOTT CHANG # 146403
                                      REED N. COLFAX, Pro Hac Vice
                                      RELMAN & DANE PLLC
                                      1225 Nineteenth St., N.W.
                                      Suite 600
                                      Washington, D.C. 20036
                                      *Attorneys for Plaintiffs*

                                      __/s/ DAVID M. KING_____
                                      DAVID M. KING, Esq. # 95279
                                      JEREMY A. BURNS, Esq. # 239917
                                      CARR, McCLELLAN, INGERSOLL,
                                      THOMSPON, & HORN
                                      Professional Law Corporation
                                      216 Park Road
                                      P.O. Box 513
                                      Burlingame, CA  94011-0513
                                      *Attorneys for Defendant SFO Good-Nite Inn LLC*


                                                          ORDER

     Pursuant to stipulation, and good cause appearing therefore, the deadline for any party to move reopen the case is extended until February 27, 2009.

Dated: February 17, 2009

                                      _____
                                        Saundra Brown Armstrong
                                        United States District Judge