1 | Reed N. Colfax, Pro Hac Vice
  | D. Scott Chang # 146403
2 | RELMAN & DANE, PLLC
  | 1225 19th Street, NW
3 | Suite 600
  | Washington DC 20036-2456
4 | Telephone: (202) 728-1888
  | Facsimile: (202) 728-0848
5 | rcolfax @relmanlaw.com
  | schang@relmanlaw.com
6 |
  | Attorney for Plaintiffs
7 |
  | David M. King #95279
8 | Jeremy A. Burns #239917
  | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
9 | 216 Park Road
  | P.O. Box 513
10 | Burlingame CA 94011-0513
  | Telephone: (650) 642-9600
11 | Facsimile: (650) 342-7685
  | dking@carr-mcclellan.com
12 | jburns@carr-mcclellan.com

13 | Attorneys for Defendant
  | SFO Good-Nite Inn LLC
14

15                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| SIAUPIU VAOVASA, et al., | Case No. C-08-1171 SBA |
| Plaintiff, | STIPULATION OF DISMISSAL WITH MAGISTRATE JUDGE TO RETAIN JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT; ORDER |
| vs. | |
| SFO GOOD NITE INN, LLC, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties by their respective counsel of record, hereby stipulate that the above-entitled action is dismissed with prejudice, except that the Magistrate Judge will retain jurisdiction to enforce the terms of the settlement agreement, attached as Exhibit 1.

| | |
|---|---|
| 1 | RELMAN & DANE PLLC |
| 2  Dated: March 3, 2009. | |
| 4 | By:   /s/ D. Scott Chang<br>Reed N. Colfax<br>D. Scott Chang |
| 5 | Attorneys for Plaintiffs |
| 6 | CARR, McCLELLAN, INGERSOLL,<br>THOMPSON & HORN |
| 8  Dated: March 3, 2009. | |
| 10 | By:   /s/ David M. King<br>David M. King |
| 11 | Jeremy A. Burns<br>Attorneys for Defendant |
| 12 | SFO Good-Nite Inn LLC |

ORDER

Pursuant to stipulation, it is hereby ordered that the above-entitled action is dismissed with prejudice.  The Magistrate Judge shall retain jurisdiction to enforce the terms of the settlement agreement.

It is so ordered.

Dated: 3/4/09

_____/s/ Saundra B Armstrong_____
Saundra Brown Armstrong
United States District Judge

STIPULATION OF DISMISSAL WITH MAGISTRATE
JUDGE TO RETAIN JURISDICTION TO ENFORCE TERMS
OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER;
CASE NO. C-08-1171 SBA