| | |
|---|---|
| 1 | Reed N. Colfax, Pro Hac Vice |
|   | D. Scott Chang # 146403 |
| 2 | RELMAN & DANE, PLLC |
|   | 1225 19th Street, NW |
| 3 | Suite 600 |
|   | Washington DC 20036-2456 |
| 4 | Telephone: (202) 728-1888 |
|   | Facsimile: (202) 728-0848 |
| 5 | rcolfax @relmanlaw.com |
|   | schang@relmanlaw.com |
| 6 | |
|   | Attorney for Plaintiffs |
| 7 | |
|   | David M. King #95279 |
| 8 | Jeremy A. Burns #239917 |
|   | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN |
| 9 | 216 Park Road |
|   | P.O. Box 513 |
| 10 | Burlingame CA 94011-0513 |
|    | Telephone: (650) 642-9600 |
| 11 | Facsimile: (650) 342-7685 |
|    | dking@carr-mcclellan.com |
| 12 | jburns@carr-mcclellan.com |
| 13 | Attorneys for Defendant |
|    | SFO Good-Nite Inn LLC |
| 14 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIAUPIU VAOVASA, et al., | ) | Case No. C-08-1171 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION OF DISMISSAL WITH COURT TO RETAIN JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT; ORDER |
| vs. | ) | |
| SFO GOOD NITE INN, LLC, | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties by their respective counsel of record, hereby stipulate that the above-entitled action is dismissed with prejudice, except that the court will retain jurisdiction to enforce the terms of the settlement agreement, attached as Exhibit 1.

|     |     |     |
| --- | --- | --- |
| 1   |     | RELMAN & DANE PLLC |
| 2   | Dated: February ___, 2009. |     |
| 3   |     |     |
| 4   |     | By: _____<br>Reed N. Colfax |
| 5   |     | D. Scott Chang<br>Attorneys for Plaintiffs |
| 6   |     | CARR, McCLELLAN, INGERSOLL,<br>THOMPSON & HORN |
| 7   |     |     |
| 8   | Dated: February ____, 2009. |     |
| 9   |     |     |
| 10  |     | By: _____<br>David M. King |
| 11  |     | Jeremy A. Burns<br>Attorneys for Defendant |
| 12  |     | SFO Good-Nite Inn LLC |

### ORDER

Pursuant to stipulation, it is hereby ordered that the above-entitled action is dismissed with prejudice. The court shall retain jurisdiction to enforce the terms of the settlement agreement.

It is so ordered.

Dated: 3/13/09

_____
Saundra Brown Armstrong
United States District Judge